**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CLAUDE O. POWELL, JR.,

                Plaintiff,

  -against-                                     23 **CIVIL** 4617 (MKV)

NEW YORK HOUSING COURT; JUDGE            **<u>JUDGMENT</u>**
ANNE KATZ, HOUSING COURT,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 10, 2023, Plaintiff's complaint is dismissed as barred by the Rooker-Feldman doctrine. The Court has dismissed Plaintiff's claims against the New York Housing Court as barred by the Eleventh Amendment. The Court has dismissed Plaintiff's claims against Judge Anne Katz as barred by the doctrine of absolute judicial immunity. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is hereby entered.

**Dated:**  New York, New York
           October 11, 2023

                                                                **RUBY J. KRAJICK**

                                                                 _____
                                                                   **Clerk of Court**

                                     **BY:**     *K. Mango*

                                                              _____
                                                                      **Deputy Clerk**